[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14069
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 17, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-20110-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE REYES-REYES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 17, 2008)**

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Jose Reyes-Reyes, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Reyes-Reyes's conviction and sentence are **AFFIRMED**.